**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7954**

MICHAEL T. SMITH,

               Petitioner – Appellant,

     v.

KENNEY ATKINSON, Warden,

               Respondent – Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken.  David C. Norton, District Judge. (1:13-cv-02582-DCN)

Submitted:  April 24, 2014          Decided:  May 6, 2014

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael T. Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Smith, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Atkinson, No. 1:13-cv-02582-DCN (D.S.C. Nov. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED